### FLAGG and Others *v.* SLOAN.

A temporary injunction was granted in vacation by a judge of the Circuit Court, without notice to the defendants. At the next term of the Court, the defendants appeared and filed a demurrer to the petition; and pending the demurrer, prayed an appeal to the Supreme Court from the order made in vacation.

*Held*, that the appeal was authorized by the statute.

*Held*, also, that the granting of the temporary injunction, without notice, was erroneous.

*Quære:* Whether an appeal will lie from a restraining order.

APPEAL from the *Lagrange* Circuit Court.

HANNA, J.—In vacation of the Circuit Court, the judge thereof granted a temporary injunction against appellants, without notice to, or appearance by, the party enjoined. At the next term of the Court the parties appeared, and appellants filed a demurrer to the petition for an injunction. Before the questions of law raised by the demurrer were determined, this appeal was prayed, and granted, from the order made in vacation.

It is objected here, that the parties affected by the order should have moved before the judge, or in the Court below, to set aside said order and dissolve said injunction, before they can present the questions here sought to be presented; as it is insisted that this case falls within the spirit of various rulings in this Court, in reference to appeals from judgments

by default, &c. We do not think so, for the reason, among others, that the statute expressly authorizes an appeal from an interlocutory order granting an injunction in vacation. 2 R. S., p. 162. It was erroneous to grant it without notice. 2 R. S., p. 60 ; 6 Ind. 303.

May Term,
1861.

As this was, in form, a temporary injunction, and not a restraining order merely, the question does not arise as to whether there is any appeal from an order falling within the latter class.

*Per Curiam.*—The judgment is reversed, with costs. Cause remanded, &c.

*J. M. Flagg,* for the appellants.

*A. Ellison,* for the appellee.